DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BOLES v. B-BOM, INC.

No. 211P84.

Case below: 67 N.C. App. 197.

Petition by defendants B-BOM, Inc. and Urban Housing, Inc. for discretionary review under G.S. 7A-31 denied 6 July 1984.

## BRYANT v. NATIONWIDE MUT. FIRE INS. CO.

No. 274P84.

Case below: 67 N.C. App. 616.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 July 1984.

## CHAPPELL v. REDDING

No. 229P84.

Case below: 67 N.C. App. 397.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

## CLARK v. AMERICAN & EFIRD MILLS

No. 167A84.

Case below: 66 N.C. App. 624.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 6 July 1984.

## CYCLONE ROOFING CO. v. LaFAVE CO.

No. 181A84.

Case below: 67 N.C. App. 278.

Petition by defendant for discretionary review under G.S. 7A-31 allowed as to additional issues 6 July 1984.